UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTIE SANFORD and MR. DOUGLAS R. PITTS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TAMI BAUMP,<br><br>　　　　　Defendant. | NO. CV-11-0105-EFS<br><br>**ORDER DISMISSING LAWSUIT** |

　　On April 14, 2011, the Court ordered pro se Plaintiffs Christie Sanford and Douglas R. Pitts to file no later than May 2, 2011, an amended Notice of Removal that complied with the requirements of 28 U.S.C. § 1441 and 1446.[1] (ECF No. 9.) The Court warned Plaintiffs that failure to file the amended Notice of Removal would be viewed as consent to this lawsuit's dismissal. *Id.* Plaintiffs failed to file an amended Notice of Removal or otherwise show that dismissal was unwarranted. Accordingly, **IT IS HEREBY ORDERED**:

---

[1] Plaintiffs attempted to remove Washington Stevens County Superior Court actions: 2010-2-00194-6, 2010-1-00235-3, and 2010-1-00236-1; and Stevens County District Court actions: P6714, P6715, SCY-110, and SCY-115. (ECF No. 1.)

ORDER ~ 1

1. This lawsuit is **DISMISSED**.

2. All pending motions are **DENIED AS MOOT**.

3. All hearing dates are **STRICKEN**.

4. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to Ms. Sanford, Mr. Pitts, and Washington Stevens County Superior and District Courts.

**DATED** this ___6th___ day of May 2011.

                                      s/ Edward F. Shea
                                         EDWARD F. SHEA
                              United States District Judge

Q:\Civil\2011\0105.dismiss.frm

ORDER ~ 2